UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-61009-CIV-ALTONAGA/Seltzer

STEPHEN JOYNER and MICHELLE JOYNER,

    Plaintiffs,

v.

STARWOOD CAPITAL GROUP HOLDINGS, L.P., a Delaware limited partnership d/b/a FOUR SEASONS RESORT AND RESIDENCES ANGUILLA,

    Defendant.

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, STARWOOD CAPITAL GROUP HOLDINGS, L.P. d/b/a FOUR SEASONS RESORT AND RESIDENCES ANGUILLA ("Defendant"), by and through its undersigned counsel, and pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 4], hereby files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

    A.    Rory Eric Jurman, Esq.

    B.    Priscilla S. Zaldivar, Esq.

  C. Fowler White Burnett, P.A.

  D. Starwood Capital Group Holdings, L.P.

  E. Starwood Capital Group Holdings GP, LLC

  F. BSS SCG GP Holdings, LLC

  G. Barry Sternlicht

  H. Four Seasons Resort and Residences Anguilla

  I. Stephen Joyner

  J. Michelle Joyner

  K. Edward R. Curtis, Esq.

  L. Tripp Scott

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

  A. None known.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors).

  A. None known.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution.

  A. None other than as stated above.

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO.: 18-61009-CIV-ALTONAGA/Seltzer

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                         s/ Rory Eric Jurman
                                         Rory Eric Jurman

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO.: 18-61009-CIV-ALTONAGA/Seltzer

## SERVICE LIST

CASE NO.: 18-61009-CIV-ALTONAGA/Seltzer

Edward R. Curtis, Esq.
Tripp Scott
110 Southeast 6th Street, 15th Floor
Fort Lauderdale, FL 33301
E-Mail: erc@trippscott.com
Telephone: (954) 760-4905
Facsimile: (954) 761-8475
ATTORNEY FOR PLAINTIFFS

4822-9254-1798, v. 1

- 4 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100